UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | CR. NO. 3:24-CR-295 |
| v. | (Judge Mariani) |
| COREY LAWSON | |
| Defendant. | |

FILED
SCRANTON
NOV 05 2024
PER _____ dw
DEPUTY CLERK

### INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
18 U.S.C. §§ 1791(a)(2) and (b)(3)
(Possession of a Shank)

On or about September 24, 2024, within the Middle District of Pennsylvania, the defendant,

**COREY LAWSON,**

an inmate in the Federal Correctional Institution at Schuylkill, Pennsylvania, knowingly possessed a prohibited object, that is, an object designed or intended to be used as a weapon, commonly known as a "shank."

In violation of Title 18, United States Code, Sections 1791(a)(2) and (b)(3).

A TRUE BILL

GERARD M. KARAM
United States Attorney

FOREPERSON

*Todd K. Hinkley* (signature)
TODD K. HINKLEY
Assistant United States Attorney

11-5-2024
Date